[No. 944-2.    Division Two.    March 11, 1974.]

CODY A. MILLER, *Respondent,* v. ARTHUR W. BALDWIN *et al.,*
*Appellants.*

Appeal from a judgment of the Superior Court for Pierce County, No. 211061, William L. Brown, Jr., J., entered October 30, 1972. *Affirmed* by unpublished opinion per Petrie, J., concurred in by Pearson, C.J., and Armstrong, J.

[No. 749-3.    Division Three.    March 14, 1974.]

THE STATE OF WASHINGTON, *Respondent,* v. MARY C.
LOUDERBACK, *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 16580, Blaine Hopp, Jr., J., entered October 20, 1972. *Affirmed* by unpublished opinion per Barnett, J. Pro Tem., concurred in by Green, C.J., and McInturff, J.

[No. 2382-1.    Division One.    March 18, 1974.]

THE STATE OF WASHINGTON, *Respondent,* v. GREGORY DONALD
KENNON, *Appellant.*

Appeal from a judgment of the Superior Court for Skagit County, No. 2842, Harry A. Follman, J., entered June 1, 1973. *Affirmed* by unpublished opinion per James, J., concurred in by Swanson, C.J., and Williams, J.

[No. 794-3.    Division Three.    March 19, 1974.]

ROBERT STANLEY, *Respondent,* v. O. R. ELVRUM *et al.,*
*Appellants.*

Appeal from a judgment of the Superior Court for Benton County, No. 26743, John T. Day, J., entered December 27, 1972. *Affirmed* by unpublished per curiam opinion.